In the Matter of FRANK GARCIA, Appellant, v ANTHONY AN-
NUCCI, Acting Commissioner, New York State Department
of Corrections and Community Supervision, Respondent.

Submitted June 26, 2017; decided September 7, 2017

Motion for reargument of motion for leave to appeal denied
[*see* 29 NY3d 907 (2017)].

Judge FEINMAN taking no part.

In the Matter of the Judicial Settlement of the Intermediate
Account of HSBC BANK USA, N.A., as Trustee of the TRUST
UNDER AGREEMENT DATED JANUARY 21, 1957, SEYMOUR H.
KNOX, GRANTOR, FOR THE BENEFIT OF THE ISSUE OF SEYMOUR
H. KNOX, III, FOR THE PERIOD JANUARY 21, 1957 TO NOVEM-
BER 3, 2005 AND NOVEMBER 4, 2005 TO JUNE 25, 2012.

HSBC BANK USA, N.A., Respondent, v SEYMOUR H. KNOX, IV,
et al., Respondents, AURORA KNOX, Appellant.

Submitted June 19, 2017; decided September 7, 2017

Motion for leave to appeal dismissed upon the ground that
the order sought to be appealed from does not finally determine
the proceeding within the meaning of the Constitution.

Chief Judge DIFIORE taking no part.

In the Matter of STEVEN JANAKIEVSKI, Appellant. COMMISSIONER
OF LABOR, Respondent.

Submitted June 19, 2017; decided September 7, 2017

On the Court's own motion, appeal dismissed, without costs,
upon the ground that no substantial constitutional question is
directly involved. Motion for leave to appeal denied. Motion for
poor person relief dismissed as academic.